UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )   07-mj-486-01 (DAR) |
| MARC SHARONE MUSE, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Danielle Courtney Jahn assumed responsibility for the defense of Mr. Muse in the above-captioned case.

Mr. Muse's case had previously been assigned to Assistant Federal Public Defender Rita Bosworth and now has been reassigned to Danielle Courtney Jahn.

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
DANIELLE COURTNEY JAHN
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500